UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-cv-00489 (KBJ) |
| ) | |
| ALL FUNDS IN INDUSTRIAL AND ) | |
| COMMERCIAL BANK OF CHINA ) | |
| LIMITED Interbank Accounts In The United ) | |
| States In An Amount Up To And Including ) | |
| The Amount Of $718,943.68, Which Is ) | |
| Equivalent To The Value Of Proceeds Now ) | |
| On Deposit In Account Number ) | |
| XXXXXXXXXXXXXXX7-028, Held At ) | |
| Industrial And Commercial Bank Of China ) | |
| Limited, Fujian Provincial Branch, Or Any ) | |
| Property Traceable Thereto, ) | |
| ) | |
| and ) | |
| ) | |
| ALL FUNDS IN BANK OF CHINA LIMITED ) | |
| Interbank Accounts In The United States In ) | |
| An Amount Up To And Including The Amount ) | |
| Of $107,940.23, Which Is Equivalent To The ) | |
| Value Of Proceeds Now On Deposit In Account ) | |
| Number XXXXXXXXXXXXXXX7-338, Held ) | |
| At Bank Of China, Fujian Branch, Or Any ) | |
| Property Traceable Thereto, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |
| ) | |
| BANK OF CHINA LIMITED, ) | |
| ) | |
| Claimant. ) | |
| ) | |

## ORDER

This matter comes before the Court on the plaintiff United States' Consent Motion for

Order to Release $107,940.23 to the Bank of China Limited ("BOC") and for voluntary dismissal

of this matter. Plaintiff reports that this Court's warrants of arrest *in rem* issued when plaintiff filed its Verified Complaint on March 22, 2012, resulting in the seizure of $107,940.23 from BOC's interbank accounts in New York, New York. Plaintiff indicates that it shall not continue to seek forfeiture of the $107,940.23, seized from BOC for the reasons stated in its motion. In keeping with Title 18, United States Code, Section 981(k), plaintiff asks the Court to release the sum of $107,940.23 to BOC. The return of these funds to BOC does not constitute any party substantially prevailing in this matter.

THERFORE, it is by the Court this 3rd day of October 2013,

ORDERED, that plaintiff's motion be, and the same is hereby GRANTED; and it is further

ORDERED, that plaintiff shall cause to be released to BOC or its authorized counsel or representative, $107,940.23, in keeping with standard government management, accounting, and payment practices, including any requirement for the payee to file an ACH form with the government before receiving payment, and plaintiff shall not be required to make such release until fourteen calendar days after the receipt by plaintiff's counsel of a properly completed ACH form.

ORDERED, that the return of these funds to BOC does not constitute any party substantially prevailing in this matter. Each party shall bear its own court costs, legal expenses, and attorney's fees incurred in relation to this litigation.

ORDERED, that in the event that the United States becomes aware that BOC has misrepresented the extent to which it has discharged its obligations to the owners of BOC Account Number XXXXXXXXXXXXXXX7-338 in the Fujian Branch, then the United States may, at is option: (1) be released from all of its obligations under this motion to release; and (2)

may seek to forfeit an equivalent amount of funds representing the amount for which BOC has not discharged its obligation to the owners of BOC Account Number XXXXXXXXXXXXXXXX7-338 in Fujian Branch.

ORDERED, this matter is dismissed without prejudice.

IT IS SO ORDERED.

_____
KETANJI BROWN JACKSON
United States District Judge
United States District Court for the District of Columbia